# CIVIL COVER SHEET

ILND 44 (Rev. 09/07/18)

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

## I. (a) PLAINTIFFS
Gloria Carter

## DEFENDANTS
City of Chicago, an Illinois Municipal Corporation

**(b)** County of Residence of First Listed Plaintiff: COOK
*(Except in U.S. plaintiff cases)*

County of Residence of First Listed Defendant: COOK
*(In U.S. plaintiff cases only)*
Note: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(firm name, address, and telephone number)*
See Attached.

Attorneys *(if known)*

## II. BASIS OF JURISDICTION *(Check one box, only.)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government not a party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate citizenship of parties in Item III.)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only.)*
*(Check one box, only for plaintiff and one box for defendant.)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Check one box, only.)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 530 General
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
- **Habeas Corpus:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee – Conditions of Confinement

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent – Abbreviated New Drug Application
- 840 Trademark

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729 (a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 485 Telephone Consumer Protection Act (TCPA)
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- [x] 446 Amer. w/Disabilities - Other
- 448 Education

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**IMMIGRATION**
- 462 Naturalization Application
- 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- 465 Other Immigration Actions

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAXES**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

## V. ORIGIN *(Check one box, only.)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation
- [ ] 8 Multidistrict Litigation Direct File

## VI. CAUSE OF ACTION
*(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)*
See attached.

## VII. PREVIOUS BANKRUPTCY MATTERS
*(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)*

## VIII. REQUESTED IN COMPLAINT:
- [ ] Check if this is a **class action** Under rule 23, F.R.CV.P.
- Demand $
- Check Yes only if demanded in complaint.
- Jury Demand: [x] Yes  [ ] No

## IX. RELATED CASE(S) IF ANY
*(See instructions)*
Judge: 
Case Number:

## X. Is this a previously dismissed or remanded case?
[ ] Yes  [x] No  If yes, Case #   Name of Judge

Date: 02/13/2020

Signature of attorney of record: /s/ Robert N. Hermes

**ATTACHMENT TO CIVIL COVER SHEET**

**I.(c)**     Attorneys (firm name, address and telephone number)

    Robert N. Hermes
    Andrew D. Shapiro
    **Porter, Wright, Morris & Arthur LLP**
    321 North Clark Street, Suite 400
    Chicago, Illinois 60654
    Phone: (312) 756-8500
    Fax: (312) 444-9287
    rhermes@porterwright.com
    ashapiro@porterwright.com

    Charles R. Petrof
    Mary E. Rosenberg
    Kenneth M. Walden
    **Access Living of Metropolitan Chicago**
    115 West Chicago Avenue
    Chicago, Illinois 60654
    Phone: (312) 640-2124
    Fax: (312) 640-2139
    TTY: (312) 640-2169
    cpetrof@accessliving.org
    mrosenberg@accessliving.org
    kwalden@accessliving.org

    Patricia Nix-Hodes
    Diane O'Connell
    Arturo Hernandez
    **Law Project of the Chicago Coalition for the Homeless**
    70 East Lake Street, Suite 720
    Chicago, Illinois 60601
    Phone: (312) 641-4140
    Fax: (312) 641-4144
    patricia@chicagohomeless.org
    diane@chicagohomeless.org
    arturo@chicagohomeless.org

**VI.**     **CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause).

Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq. and Section 504 of the Rehabilitation Act of 1973 as amended, 29 U.S.C. §791 et seq. Plaintiff seeks a declaration that the defendant illegally discriminated against her because of her disability and to enjoin defendant's prohibited conduct by ordering defendant to make its homeless shelter program accessible.

13116088